UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MARIA CELESTE, individually, next of kin and as Administrator of the Estate of DUVRASKA MILENA CORONADO CELESTE, as Administrator of the Estate of WELENGANG JOSE CORONADO CELESTE and as Administrator of the Estate of MAGYORY CAROLINA CORONADO CELESTE, <br><br>*Plaintiffs*, <br><br>v. <br><br>AMAZON.COM SERVICES, LLC., *et al*. <br><br>*Defendants*. | Civil Action No. _____ <br><br>Removed from: <br>Marshall Circuit Court <br>Case No. 23-CV-116 |

## NOTICE OF REMOVAL

Defendant, Amazon.com Services, LLC ("Amazon" or "Defendant"), for its Notice of Removal of this action from the Marshall Circuit Court to the United States District Court for the Middle District of Tennessee, Columbia Division, states:

### The State Court Action

1. On September 20, 2023, Plaintiff, Maria Celeste, filed her Complaint in the Marshall Circuit Court, Case No. 23-CV-116, against Defendant, Amazon.com Services, LLC, and many other incorrectly named and unrelated Amazon entities[1] as well as other unrelated and

---

[1] Unrelated but affiliated Amazon entities named in Plaintiff's Complaint are as follows: Amazon.com, Inc., Amazon Data Services, Inc., Amazon Development Center U.S., Inc., Amazon Kuiper Manufacturing Enterprises, LLC; Amazon Kuiper Infrastructure, LLC; Amazon Kuiper Commercial Services, LLC; Amazon Fulfillment Services, Inc.; and Amazon.com Sales, Inc.

1

288532497v.1
Case 1:23-cv-00072   Document 1   Filed 10/24/23   Page 1 of 6 PageID #: 1

unaffiliated non-Amazon entities.[2] ("The State Court Action") (*See* state court pleadings, attached hereto as Exhibit 1.)

2. The State Court Action stems from personal injuries Plaintiff allegedly received when a vehicle occupied by Duvraska Milena Coronado Celeste, Welengang Jose Coronado Celeste and Magyory Carolina Celeste was involved in a motor vehicle accident in Marshall County, Tennessee on September 24, 2022, and all occupants suffered fatal injuries. Specifically, Plaintiff alleges that an independent contractor of Amazon gave decedent, Duraka Milena Coronado Celeste, access to their Amazon account to deliver packages in direct violation of any contractual agreement that any independent contractor would have with Amazon. (*See* Plaintiff's Complaint, ¶¶36-38.)[3]

3. Plaintiff's Complaint generally seeks damages for: wrongful death; conscious pain and suffering; burial, cremation and other funeral expenses; loss of consortium; pecuniary value of life; and other economic and non-economic damages in an amount not less that twenty-five million dollars ($25,000,000). (*See* Plaintiff's Complaint, ¶¶51-53 and prayer for damages.)

**Procedural History and Citizenship of the Parties**

4. On September 25, 2023, Amazon was served with Plaintiff's Complaint. (*See* Exhibit 1.)

5. Plaintiff is and was a citizen and resident of Tennessee at all times relevant hereto.

---

[2] Unrelated and Unaffiliated entities named in Plaintiff's Complaint are as follows: Amazon Retail [sic], LLC; Amazon Technology Services, LLC; and Amazon Saller [sic], LLC.

[3] Importantly, Plaintiffs have a concurrent wrongful death claim pending against CSX, Transportation, Inc. and the City of Chapel Hill in the Circuit Court for Marshall County, Tennessee (Case No. 22CV105), where they did not originally name any Amazon entity as a defendant. The instant action was filed pursuant to Tenn. Code Ann. § 20-1-119 when CSX, with no legal support, alleged comparative fault against Amazon in its Answer and Affirmative Defenses. (*See* Original Complaint and CSX's Answer, collectively attached hereto as Exhibit __.)

2

288532497v.1
Case 1:23-cv-00072    Document 1    Filed 10/24/23    Page 2 of 6 PageID #: 2

6. Defendant, Amazon.com Services, LLC, is a foreign limited liability company organized under the laws of the state of Delaware with its principal place of business located in Seattle, Washington.

7. Defendant, Amazon.com Services, LLC's only member is Amazon.com, Inc., a foreign for-profit corporation incorporated under the laws of the state of Delaware with its principal place of business located in Seattle, Washington.

8. Although all of the unrelated but affiliated Amazon entities are also incorporated in Delaware with their principal place of business in Seattle, Washington, some of the unrelated, unaffiliated named Defendants are domestic Tennessee corporations according to Plaintiff's Complaint. Howeverall Defendants' citizenship other than Amazon.com Services, LLC, must be ignored based upon fraudulent joinder.

9. As outlined in *Chambers v. HSBC Bank USA, N.A.*, 796 F.3d 560 (6th Cir. 2015):

> [A] party who removes a case involving non-diverse parties to federal court on diversity grounds will defeat a motion to remand if it can show that the non-diverse parties were fraudulently joined… Fraudulent joinder occurs when the non-removing party joins a party against whom there is no colorable cause of action…In other words, to prove fraudulent joinder, the removing party must present sufficient evidence that a plaintiff could not have established a cause of action against non-diverse defendants under state law.

*Id.* at 564-565 (citations omitted).

10. If Plaintiffs were in the midst of delivering Amazon packages at the time of the accident, they were fraudulently provided access to the Amazon FLEX application by one of Amazon's independent contractors who is an independent contractor via Amazon's FLEX program and Amazon.com Services, LLC would be the only appropriate Amazon entity who would have contracted with an independent contractor. There can be no colorable cause of action

3

288532497v.1
Case 1:23-cv-00072   Document 1   Filed 10/24/23   Page 3 of 6 PageID #: 3

against any of the other affiliated or non-affiliated entities, fraudulent joinder exists and their citizenship can be ignored for purposes of diversity of citizenship and jurisdiction.

11. The Supreme Court of the United States long ago held that the presence of a non-diverse plaintiff may be ignored if it is not a "real party in interest." *Salem Trust Co. v. Manufacturers' Finance Co*., 264 U.S. 182 (1924).

## Amount in Controversy

12. Plaintiff's Complaint is clear and unambiguous in its demand for no less than twenty-five million dollars ($25,000,000), so Plaintiff has plainly admitted she is seeking in excess of $75,000.00, exclusive of interest and costs.

## Argument and Conclusion

13. Based upon Plaintiff's own admissions as well as the citizenship of the properly named and non-fictitious parties, removal is proper and this Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1), because the real parties in interest are citizens of different states, the only properly joined Defendant, Amazon.com Services, LLC, is not a citizen of Tennessee and it has been established that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

14. 28 U.S.C.A. §1446(b)(2) only requires the consent of properly joined defendants. Thus, the consent from the affiliated but unrelated Amazon entities and the unaffiliated and unrelated corporate Defendants is not required for Amazon Logistics to remove this matter.

15. According to the Complaint attached hereto, venue was proper in Marshall County, Tennessee.

16. Accordingly, this action is hereby removed to the United States Court for the Middle District of Tennessee, Columbia Division, pursuant to U.S.C. §§ 1441 and 1446.

4

17. In compliance with 28 U.S.C. §1446(b)(3), Amazon files this Notice of Removal with this Court within thirty (30) days after receipt of a copy of a pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

**DATE: October 24, 2023**

Respectfully submitted,

*/s/ Lynsie Gaddis Rust*
Lynsie Gaddis Rust (#34871)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
Phone: (502) 238-8500
Email: lynsie.rust@wilsonelser.com
*Counsel for Amazon.com Services, LLC*

*/s/ D. Craig Lamb*
D. Craig Lamb (#039901)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3102 West End Avenue, Suite 400
Nashville, Tennessee 37203
Phone: (502) 434-5003
Email: craig.lamb@wilsonelser.com
*Counsel for Amazon.com Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Middle District of Tennessee ECF filing system on October 24, 2023, and a true and accurate copy of same was sent via electronic mail to:

Rocky McElhaney (#20205)
Justin Hight (#32167)
Andrea Stilgenbauer (#35253)
Rocky McElhaney Law Firm, PC
475 Saundersville Road
Hendersonville, Tennessee 37075
Phone: (615) 932-8600
Fax: (615) 425-2501
rocky@rockylawfirm.com
andrea@rockylawfirm.com
justin@rockylawfirm.com
*Attorneys for Plaintiffs*

                                                    */s/ D. Craig Lamb*
                                                    *Counsel for Amazon.Com Services, LLC*