# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| MARIA CELESTE, individually, next of kin and as Administrator of the Estate of DUVRASKA MILENA CORONADO CELESTE, as Administrator of the Estate of WELENGANG JOSE CORONADO CELESTE and as Administrator of the Estate of MAGYORY CAROLINA CORONADO CELESTE, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC., *et al*. <br><br> *Defendants*. | Civil Action No. 1:23-CV-00072 <br><br> Removed from: <br> Marshall Circuit Court <br> Case No. 23-CV-116 |

## AGREED ORDER FOR REMAND

Defendants, Amazon.com, Inc., Amazon.Com Services, LLC, Amazon Retail, LLC, Amazon Logistics, Inc., Amazon Data Services, Inc., Amazon Development Center U.S., Inc., Amazon Kuiper Manufacturing Enterprises, LLC, Amazon Kuiper Infrastructure, LLC, Amazon Kuiper Commercial Services, LLC, and Amazon.com Sales, Inc., (hereinafter collectively, "Amazon" or the "Amazon Defendants"), and Plaintiff, Maria Celeste, individually, and in her capacity as the next of kin and/or administrator of the estates captioned herein above, stipulate and agree that the parties have met and conferred and have agreed to remand this matter back to the Marshall Circuit Court. Nothing in this order shall waive any of the Amazon Defendants' ability to re-file its Notice of Removal of the case if appropriate and in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

1

290666849v.2
Case 1:23-cv-00072   Document 14   Filed 12/12/23   Page 1 of 2 PageID #: 87

The Court, in all ways being duly and sufficiently advised it is hereby **AGREED AND ORDERED**, that this matter is remanded back to the Marshall Circuit Court for further proceedings.

**DATED: December 12, 2023.**

**Respectfully stipulated, agreed and submitted:**

*/s/ D. Craig Lamb*
Lynsie Gaddis Rust (#34871)
D. Craig Lamb (#039901)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
Phone: (502) 238-8500
lynsie.rust@wilsonelser.com
craig.lamb@wilsonelser.com
*Counsel for Amazon Defendants*

*/s/ Andrea Stilgenbauer (with permission)*
Rocky McElhaney (#20205)
Justin Hight (#32167)
Andrea Stilgenbauer (#35253)
Rocky McElhaney Law Firm, PC
475 Saundersville Road
Hendersonville, Tennessee 37075
justin@rockylawfirm.com
andrea@rockylawfirm.com
*Attorneys for Plaintiffs*