UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MARIA CELESTE, individually, ) <br> next of kin and as Administrator of the ) <br> Estate of DUVRASKA MILENA ) <br> CORONADO CELESTE, as Administrator ) <br> of the Estate of WELENGANG JOSE ) <br> CORONADO CELESTE and as ) <br> Administrator of the Estate of MAGYORY ) <br> CAROLINA CORONADO CELESTE, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> AMAZON.COM SERVICES, LLC., *et al*. ) <br> ) <br> ) <br> ) <br> ) <br> *Defendants*. ) | Civil Action No. 1:23-CV-00072 <br><br> Removed from: <br> Marshall Circuit Court <br> Case No. 23-CV-116 |

## **AGREED ORDER FOR REMAND**

Defendants, Amazon.com, Inc., Amazon.Com Services, LLC, Amazon Retail, LLC, Amazon Logistics, Inc., Amazon Data Services, Inc., Amazon Development Center U.S., Inc., Amazon Kuiper Manufacturing Enterprises, LLC, Amazon Kuiper Infrastructure, LLC, Amazon Kuiper Commercial Services, LLC, and Amazon.com Sales, Inc., (hereinafter collectively, "Amazon" or the "Amazon Defendants"), and Plaintiff, Maria Celeste, individually, and in her capacity as the next of kin and/or administrator of the estates captioned herein above, stipulate and agree that the parties have met and conferred and have agreed to remand this matter back to the Marshall Circuit Court. Nothing in this order shall waive any of the Amazon Defendants' ability to re-file its Notice of Removal of the case if appropriate and in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

1

The Court, in all ways being duly and sufficiently advised it is hereby **AGREED AND ORDERED**, that this matter is remanded back to the Marshall Circuit Court for further proceedings.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE

**Respectfully stipulated, agreed and submitted:**

| | |
|---|---|
| */s/ D. Craig Lamb* | */s/ Andrea Stilgenbauer (with permission)* |
| Lynsie Gaddis Rust (#34871) | Rocky McElhaney (#20205) |
| D. Craig Lamb (#039901) | Justin Hight (#32167) |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | Andrea Stilgenbauer (#35253) |
| 100 Mallard Creek Road, Suite 250 | Rocky McElhaney Law Firm, PC |
| Louisville, Kentucky 40207 | 475 Saundersville Road |
| Phone: (502) 238-8500 | Hendersonville, Tennessee 37075 |
| lynsie.rust@wilsonelser.com | justin@rockylawfirm.com |
| craig.lamb@wilsonelser.com | andrea@rockylawfirm.com |
| *Counsel for Amazon Defendants* | *Attorneys for Plaintiffs* |